# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN
# GRAND RAPIDS DIVISION

| | |
|---|---|
| In Re: | Case No. 22-02479-jtg |
| William Ross Hayes<br>  *aka* William Ross Hayes, Jr.<br>Ann Marie Hayes | Chapter 13 |
| Debtor. | Judge John T. Gregg |

## NOTICE OF APPEARANCE

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Western District of Michigan, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust, in the above captioned proceedings.

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN
## GRAND RAPIDS DIVISION

| | |
|---|---|
| In Re: | Case No. 22-02479-jtg |
| William Ross Hayes<br>  *aka* William Ross Hayes, Jr.<br>Ann Marie Hayes | Chapter 13 |
| Debtors. | Judge John T. Gregg |

### PROOF OF SERVICE

The undersigned certifies that on December 27, 2022 a copy of the foregoing Notice was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

William Ross Hayes, Debtor
8969 Conservancy Dr NE
Ada, MI 49301-8872

Ann Marie Hayes, Debtor
8969 Conservancy Dr NE
Ada, MI 49301-8872

Jeremy Shephard, Debtors' Counsel
jeremy@usadebt.com

Brett N. Rodgers, Chapter 13 Trustee
ecf@rodgersch13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                                      /s/ Molly Slutsky Simons
                                                      Molly Slutsky Simons (OH 0083702)
                                                      Attorney for Creditor